**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUCKER J. CLERICO,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD.,<br><br>    Defendant. | Case No.: 1:21-cv-00997 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION<br>(Doc. 7) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 7) He indicates the parties have agreed to bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **August 30, 2021**                     _/s/ Jennifer L. Thurston_
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE